# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-1817

———————————————

United States of America

*Plaintiff - Appellee*

v.

Joseph Eugene Oliver

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: October 23, 2019
Filed: October 29, 2019
[Unpublished]

——————————

Before COLLOTON, SHEPHERD, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Joseph Oliver appeals after the district court[1] revoked his supervised release, and sentenced him to 12 months and 1 day in prison and 2 years of supervised release.

———————————————

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

His counsel has moved for leave to withdraw, and has filed a brief challenging the sentence. Oliver has not filed a pro se brief.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Oliver, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); see also United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (district court need not mechanically list every § 3553(a) factor when sentencing defendant upon revocation; all that is required is consideration of relevant matters and some reason for court's decision); and the sentence was within the advisory Guidelines range, and below the statutory limit, see 18 U.S.C. § 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____